No. 613. ROBBINS v. SANFORD, WARDEN. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further in forma pauperis, denied. Mr. James

698

*F. Kemp* for petitioner.